UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| MELVIN ODELL PHILLIPS, | ) | |
| Petitioner, | ) ) | No. CV 06-7080-PSG(RCF) |
| v. | ) ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF |
| BOB HOREL, Warden, | ) ) | UNITED STATES MAGISTRATE JUDGE |
| Respondent. | ) ) | |

    Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, all the records, and the Report and Recommendation of United States Magistrate Judge. Petitioner did not file any objections to the Report. The Court accepts the findings and recommendations of the Magistrate Judge.

    LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED: September 1, 2011

PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE