UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MELVIN ODELL PHILLIPS,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>BOB HOREL, Warden,<br><br>　　　　Respondent. | No. CV 06-7080-PSG (RCF)<br><br>JUDGMENT |

　　Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

　　IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied with prejudice.

DATED: September 1, 2011

　　　　　　　　　　　　　　　　　　　　/s/ Phil S. G.
　　　　　　　　　　　　　　　　　　　PHILIP S. GUTIERREZ
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE