UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| MELVIN ODELL PHILLIPS, ) <br> ) <br> Petitioner, ) <br> ) <br> v. ) <br> ) <br> BOB HOREL, Warden, ) <br> ) <br> Respondent. ) <br> _____ ) | No. CV 06-7080-PSG (RCF) <br><br> JUDGMENT |

Pursuant to the Order Accepting Findings and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied with prejudice.

DATED: September 1, 2011

_____
PHILIP S. GUTIERREZ
UNITED STATES DISTRICT JUDGE